Co-operative Advertising Company, appellee, v. Northern Illinois Cereal Company, appellant. Gen. No. 27,543.

Assumpsit for amount due under contract of advertising. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

McCulloch, McCulloch & Dunbar, for appellant; Weightstill Woods, of counsel. Berezniak & Dittus, for appellee.

Mr. Presiding Justice ·Thomson delivered the opinion of the court.

Lem Kline, plaintiff in error, v. H. C. Bay, defendant in error. Gen. No. 27,556.

Assumpsit. to recover commissions for collections for a pretended corporation of which defendant purported to be president. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed April 11, 1923.

Charles M. Darling, for plaintiff in error. Albert J. W. Appell and Edward A. Biggs, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

Frank Krobal, appellee, v. Frank Z. Hanscom et al., on appeal of Frank Z. Hanscom, appellant. Gen. No. 27,569.

Action for damages for unskilful dental work. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

William J. Moore, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

Leopold Cohen Iron Company, appellee, v. Briggs & Turivas, corporation, appellant. Gen. No. 27,576.

Action for money had and received based on common counts and bill of particulars alleging wrongful disposal and claim of ownership of car of scrap iron. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. F. J. Stransky, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of fact. Opinion filed April 11, 1923. Rehearing denied May 1, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Benjamin B. Morris, for appellant; Aaron R. Eppstein, of counsel. George B. Cohen, for appellee; Charles G. Hutchinson, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.